

FILED
MAY 29 2019
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

KAYLA Q. NIMMO

Case No. 2:19mj294
Court Date: July 18, 2019

## CRIMINAL INFORMATION

(Misdemeanor) - Violation Notice No. 6119142

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 16, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, KAYLA Q. NIMMO, did willfully and knowingly purloin personal property of another of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 661.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *James T. Cole*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_/s/ J. Cole_
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

28 May 2019
Date